In the Matter of DOWLING COLLEGE, Respondent, v. WILLIAM H. SCHERMERHORN et al., Constituting the Board of Appeals of the Town of Islip, et al., Respondents. In the Matter of ANTHONY V. BARBIERO et al., Appellants, et al., Petitioner, v. WILLIAM H. SCHERMERHORN et al., Individually and Constituting the Board of Appeals of the Town of Islip, et al., Respondents.—

822

Christ, P. J., Rabin, Hopkins, Munder and Benjamin, JJ., concur.